```
Joanne Haag (California Bar # 96764)                    **E-filed 5/26/06**
Law Offices of Joanne Haag
P.O. Box 6208
Carmel, California 93921
Telephone: (831) 624-3755
Facsimile: (831) 625-7541
Email: jhaag@haagimmlaw.com
Attorney for Petitioners
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samal F. Syamansoori, and ) | No. C06-02647 |
| ) | |
| Zerin I. Syamansoori, ) | STIPULATION AND [PROPOSED] ORDER TO |
| ) | DISMISS |
| Petitioners, ) | |
| ) | |
| v. ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Respondent | |

Petitioners, by and through their attorney of record, and Respondents by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice to renewal since the United States Citizenship and Immigration Service is now prepared to grant Petitioners' applications for naturalization and agree to grant such applications prior to June 13, 2006 and to have Petitioners sworn in as U.S. Citizens on or before June 14, 2006.

Stipulation to Dismiss: C06-02647                Page 1

1 | Each of the parties shall bear their own costs and fees.

3 | Respectfully submitted,

4 | DATE: May    , 2006        KEVIN V. RYAN
5 |                            United States Attorney

6 | _____
7 | ILA C. DEISS
  | Assistant United States Attorney
  | Attorneys for Respondents

9 | DATE: May    , 2006        _____
  |                            JOANNE HAAG
10|                            Attorney for Petitioners

12|                            ORDER

13| Pursuant to stipulation, IT IS SO ORDERED:

15| DATE:  5/26/06             _____
  |                            JEREMY D. FOGEL
16|                            United States District Judge